BPROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
### Middle District of Pennsylvania/Harrisburg

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Maurice Young　　　　**Case Number:** 1:CR-01-025-002
**Name of Sentencing Judicial Officer:** The Honorable William W. Caldwell, U.S. District Judge
**Date of Original Sentence:** January 24, 2003
**Original Offense:** Interstate Travel in Aid of Drug Trafficking, 18 USC § 1952(a)(3) & 2
**Original Sentence:** 48 months imprisonment, 2 year supervised release
**Type of Supervision:** Supervised Release　　**Date Supervision Commenced:** September 9, 2005
**Assistant U.S. Attorney:** William A. Behe　　　　**Defense Counsel:** John F. Pyfer, Jr.

---

## PETITIONING THE COURT

[ ]   To issue a warrant

[X]   **To issue a summons**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition #2 | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**<br><br>Soon after his release from incarceration, Mr. Young was directed to participate in the probation office's random drug testing program. Mr. Young failed to report on October 3, 2006 and November 21, 2006. Additionally, Mr. Young has consistently failed to submit his Monthly Supervision Reports in a timely manner. |
| Standard Condition #7 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."**<br><br>On May 3, 2006; July 13, 2006; October 4, 2006; October 24, 2006; October 27, 2006; October 30, 2006; November 14, 2006; and November 20, 2006, Mr. Young provided urine specimens which tested positive for cocaine. |

| Violation Number | Nature of Noncompliance (Con't.) |
|---|---|
| | The 21st Century Department of Justice Appropriations Act mandates action by the Court if a supervised releasee tests positive for illegal controlled substances more than three times over the course of one year. Although the Act requires mandatory revocation after a fourth positive drug test, provisions of the Act also allow the Court to consider treatment options in lieu of revocation. |
| Standard Condition #15 | **"The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time you are released from the program by the probation officer."** |
| | Due to his drug use, Mr. Young was instructed to involve himself in a drug and alcohol treatment program. Although Mr. Young claims to have recently been evaluated by the Dauphin County Commission on Drugs and Alcohol, the probation officer has not received any verification of his attendance nor his participation in any drug treatment program. |
| Special Condition | **"The defendant shall pay any balance of the fine imposed in this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $50."** |
| | The defendant has not made any payments while on supervised release and has an outstanding financial obligation of $250.00. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X]    revoked.
    [ ]    extended for _____ years, for a total term of _____ years.

[X] A summons be issued.

[ ] A warrant be issued and the warrant and this petition be sealed until the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2006

Stephen F. Leahey
Senior U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No action

[ ] A warrant be issued and sealed until the defendant's arrest.

[X] The issuance of a summons.

[ ] Other

FILED
HARRISBURG, PA

DEC 0 4 2006

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk

William W. Caldwell
Signature of Judicial Officer

12/4/06
Date