IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    Plaintiff

vs.                                          :   CR-01-00025-002

MAURICE L. YOUNG,
    Defendant

## ORDER

AND NOW, this _14th_ day of _December_, 2006, upon a finding that the defendant, Maurice L. Young, is financially unable to obtain counsel, IT IS ORDERED that Lori J. Ulrich, Federal Public Defender, Office of the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all matters pertaining to this action.

*William W. Caldwell*
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA
DEC 1 4 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk