AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Pennsylvania_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| MAURICE L. YOUNG | Case Number: 1:CR-01-00025-002 |
| | USM Number: 17526-058 |
| | Lori J. Ulrich, FPD |
| | Defendant's Attorney |

**FILED
HARRISBURG, PA
DEC 14 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk**

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  Standard Condition #2, #7, #15 &  of the term of supervision.
                                                Special Condition

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | The defendant shall report to the probation officer & shall submit a truthful & complete written report w/in the 1st 5 days of each month. | November 21, 2006 |
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol & shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances except as prescribed by a physician. | November 20, 2006 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ▓▓▓▓▓▓
Defendant's Date of Birth: ▓▓▓▓▓▓

Defendant's Residence Address:
▓▓▓▓▓▓
▓▓▓▓▓▓

Defendant's Mailing Address:
SAME AS ABOVE

December 14, 2006
Date of Imposition of Judgment

_/s/ William W. Caldwell_
Signature of Judge

William W. Caldwell, United States District Judge
Name and Title of Judge

December 14, 2006
Date

Certified from the record
Date 12/14/06
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: Maurice L. Young
CASE NUMBER: 1:CR-01-00025-002

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Cond. #15 | The defendant shall participate in a program of testing & treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. | 11/30/2006 |
| Special Condition | The defendant shall pay any balance of the fine imposed in this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $50. | 11/30/2006 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT:     Maurice L. Young                     Judgment — Page __3__ of __3__
CASE NUMBER:   1:CR-01-00025-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   7 months.

It is further ordered that the defendant pay in full immediately the special assessment and fine previously ordered in the original judgment. The special assessment and fine shall be paid to the Clerk, U.S. District Court, Middle District of PA, P.O. Box 983, Harrisburg, PA 17108. Further, it is ordered that the defendant shall notify the U.S. Attorney in the Middle District of PA within 30 days of any change in name, residence, or mailing address until the special assessment and fine are fully paid.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

                                                   UNITED STATES MARSHAL

                              By _____
                                            DEPUTY UNITED STATES MARSHAL