# RETURN OF SERVICE

1:01-CR-25-02

| Service was made by me(1) | DATE 12/8/06 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at ___ USMS office ___

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: ___

☐ Returned unexecuted: ___

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Returned on __12/8/06__
Date

__M. Morgan__
Name of United States Marshal

___
(by) Deputy United States Marshal

for CSU

Remarks:

KJW

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.