UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-4279
_____

UNITED STATES OF AMERICA,

v.

MONROE HAWKINS,

                                             Appellant.

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cr-00025-1)
District Judge: Honorable William W. Caldwell

_____

Submitted Under Third Circuit LAR 34.1(a)
December 11, 2007

Before: RENDELL and STAPLETON, Circuit Judges,
and IRENAS,[*] Senior District Judge.

_____

JUDGMENT
_____

     This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit

---

[*] Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

LAR 34.1(a) on December 11, 2007.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the Judgment and Commitment Order of the District Court entered on July 29, 2002, be, and the same is hereby, AFFIRMED.

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated: February 27, 2008

Certified as a true copy and issued in lieu of a formal mandate on 3/26/08

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit